# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| BARBARA JANE FRECK, GLORIA ROBISON, JALEEZA OWENS, and LYNN MUSERELLI, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 4:20-cv-00043-BCW |
| v. | ) |
| CERNER CORPORATION, et al., | ) |
| Defendants. | ) |

## EXHIBIT 1:
## UNDERTAKING

The undersigned, whose assistance is required in the preparation or trial of the Litigation, declares and states as follows:

1. I have read the attached Stipulation And Order, understand its contents and hereby agree to comply therewith and to be bound thereby.

2. I agree not to use such Confidential Information for any purpose other than assisting in this Litigation.

3. I agree to promptly return to counsel for the party that retained me all Confidential Information and all copies of same at the conclusion of this Litigation.

4. I acknowledge that failure on my part to comply with the provisions of the Stipulation And Order may be punishable by contempt of court and may render me liable to any party, person or entity damaged thereby.

5. I consent to the jurisdiction of the United States District Court for the Western District of Missouri Western Division for the purposes of enforcement of the Stipulation And Order.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____

Name: _____ (print or type)

Signature: _____

2

Case 4:20-cv-00043-BCW   Document 33-1   Filed 04/15/20   Page 2 of 2