IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| BARBARA JANE FRECK, GLORIA ROBINSON, JALEEZA OWENS, LYNN MUSERELLI, PAUL CAPELLO, and JIM HELTON individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:20-cv-00043-BCW |
| v. | ) ) | |
| CERNER CORPORATION, et al., | ) ) | **ORAL ARGUMENT REQUESTED** |
| Defendants. | ) ) | |

## DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS THE COMPLAINT AS TO ALL PUTATIVE CLASS MEMBERS SUBJECT TO ARBITRATION AGREEMENTS

Pursuant to Section 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 4, Defendants Cerner Corporation ("Cerner"), Compensation Committee of the Cerner Corporation Board of Directors (the "Compensation Committee"), Cerner Corporation Foundations Retirement Plan Administrative and Investment Committee (the "Retirement Plan Committee") (collectively, "Defendants") hereby move this Court to compel Plaintiffs Barbara Jane Freck, Gloria Robinson, Jaleeza Owens, and Lynn Muserelli ("Plaintiffs")—and all other putative class members who signed arbitration agreements with Defendants—to arbitrate their ERISA claims with Defendants on an individual basis in accordance with the terms of the Cerner Mutual Arbitration Agreements, which the Parties entered into years before the commencement of this litigation. In addition, because all of Plaintiffs' claims are subject to arbitration, and pursuant to Federal Rule of Civil Procedure 12(b)(6), the Court should dismiss this Complaint as to Plaintiffs with prejudice. The grounds for this motion are set forth in Defendants' Suggestions In Support submitted herewith.

Dated: June 24, 2020
       Kansas City, Missouri

James R. Carroll (admitted *pro hac vice*)
Michael S. Hines (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
michael.hines@skadden.com

Respectfully submitted,

     s/Christopher J. Leopold
Scott C. Hecht (Missouri 44576)
Sara E. Welch (Missouri 44518)
Christopher J. Leopold (Missouri 51407)
Jessica L. Pixler (Missouri 68782)
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
(816) 842-8600
scott.hecht@stinson.com
sara.welch@stinson.com
chris.leopold@stinson.com
jessica.pixler@stinson.com


Counsel for Defendants
Cerner Corporation, Compensation Committee of
the Cerner Corporation Board of Directors, Cerner
Corporation Foundations Retirement Plan
Administrative and Investment Committee