IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BARBARA JANE FRECK, GLORIA ROBINSON, JALEEZA OWENS, LYNN MUSERELLI, PAUL CAPELLO, JIM HELTON, and JOSHUA CLARK individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>CERNER CORPORATION, et al.,<br><br>            Defendants. | Civil Action<br>No. 4:20-cv-00043-BCW |

**PLAINTIFFS BARBARA JANE FRECK, GLORIA ROBINSON, JALEEZA OWENS, LYNN MUSERELLI, PAUL CAPELLO, JIM HELTON AND JOSHUA CLARK'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, APPROVAL OF PLAN OF ALLOCATON, AND <u>SCHEDULING OF A FAIRNESS HEARING</u>**

Plaintiffs Barbara Jane Freck, Gloria Robinson, Jaleeza Owens, Lynn Muserelli, Paul Capello, Jim Helton and Joshua Clark (collectively, "Plaintiffs"), participants in the Cerner Corporation Foundations Retirement Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of the Class Action Settlement Agreement entered into with Defendants[1] (the "Settlement" or "Settlement Agreement"), Preliminary Certification of Settlement Class, Approval of Class Notice, Approval of Plan of Allocation, and Scheduling of a Fairness Hearing ("Motion for Preliminary Approval") and respectfully move this Court for an

---

[1] "Defendants" refers, collectively, to Cerner Corporation ("Cerner"), Compensation Committee of the Cerner Corporation Board of Directors ("Board"), and Cerner Corporation Foundations Retirement Plan Administrative and Investment Committee ("Committee") (collectively, the "Defendants").

1

Order granting the relief sought. The grounds for this motion are set forth in Plaintiffs' Counsel's declarations and Plaintiffs' Suggestions In Support, which are submitted herewith.

A Proposed Order is submitted herewith.

DATED: February 18, 2021   Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
(admitted *pro hac vice*)
312 Old Lancaster Road
Merion Station, PA 19066
markg@capozziadler.com
Phone: (610) 890-0200; Fax: (717) 233-4103

Donald R. Reavey
(admitted *pro hac vice*)
2933 North Front Street
Harrisburg, PA 17110
Donr@capozziadler.com
Phone: (717) 233-410; Fax: (717) 233-4103

**FOULSTON SIEFKIN LLP**
Scott C. Nehrbass (Missouri 46529)
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, Kansas 66210-2000
Email: snehrbass@foulston.com
Phone: 913-253-2144; Fax: 866 347-1472

Boyd A. Byers(Kansas 16253)
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Email: bbyers@foulston.com
Phone: 316-267-6371; Fax: 316-267-6345

**WELDER BLUNT WELDER
 & ASSOCIATES, LLC**
Kristie Blunt Welder (Missouri 61715)
4741 Central Street, Suite 514
Kansas City, Missouri 64112
kwelder@welderfirm.com
Phone: (844) 935-3373

*Proposed Class Counsel*

2
Case 4:20-cv-00043-BCW   Document 60   Filed 02/18/21   Page 2 of 2