IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BARBARA JANE FRECK, GLORIA ROBINSON, JALEEZA OWENS, LYNN MUSERELLI, PAUL CAPELLO, JIM HELTON, and JOSHUA CLARK individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CERNER CORPORATION, et al.,<br><br>Defendants. | Civil Action<br>No. 4:20-cv-00043-BCW |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF PLAN OF ALLOCATION**

Named Plaintiffs Barbara Jane Freck, Gloria Robinson, Jaleeza Owens, Lynn Muserelli, Paul Capello, Jim Helton, and Joshua Clark (collectively, "Plaintiffs"), participants in the Cerner Corporation Foundations Retirement Plan (the "Plan"), by and through their undersigned counsel, hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), fully executed on February 17, 2021 and previously filed with the Court on February 18, 2021;

2. Certifying the Class as defined in the Settlement Agreement;

3. Appointing Named Plaintiffs as Class Representatives and Plaintiffs' Counsel as Class Counsel under FED. R. CIV. P. 23(g);

4. Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable under the circumstances and adequately informed the

Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

     5.     For such other relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following documents filed contemporaneously herewith:

    A. Suggestions in Support of Plaintiffs' Motion For Final Approval of Class Action Settlement, Certification of Settlement Class, and Approval of Plan of Allocation;

    B. Declarations of Plaintiffs' Counsel, the Named Plaintiffs, and the Settlement/Notice Administrator.

Attached hereto is the proposed Final Order and Judgment.

DATED: June 18, 2021          Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
(admitted *pro hac vice*)
Gabrielle P. Kelerchian
312 Old Lancaster Road
Merion Station, PA 19066
markg@capozziadler.com
gabriellek@capozziadler.com
Telephone: (610) 890-0200
Fax: (717) 233-4103

Donald R. Reavey
(admitted *pro hac vice*)
**CAPOZZI ADLER, P.C.**
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103

2

Scott C. Nehrbass, (Missouri 46529)
FOULSTON SIEFKIN LLP
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, Kansas 66210-2000
Phone: (913) 253-2144
Facsimile (866) 347-1472
Email: snehrbass@foulston.com

Boyd A. Byers, (Kansas 16253)
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Phone: (316) 267-6371
Facsimile: (316) 267-6345
Email: bbyers@foulston.com

Kristie Blunt Welder (Missouri 61715)
**WELDER BLUNT WELDER
 & ASSOCIATES, LLC**
4741 Central Street, Suite 514
 Kansas City, Missouri 64112
(844) 935-3373
kwelder@welderfirm.com

*Proposed Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2021 a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: */s/ Mark K. Gyandoh*
Mark K. Gyandoh