# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| BARBARA JANE FRECK, et al.,  )<br>  )<br>      Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>CERNER CORPORATION, et al.,  )<br>  )<br>      Defendants.  )  | Case No. 4:20-CV-00043-BCW |

## ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND CASE CONTRIBUTION AWARDS TO THE NAMED PLAINTIFFS

Before the Court is Plaintiffs' Motion for An Award of Attorneys' Fees and Reimbursement of Expenses and Case Contribution Awards to the Named Plaintiffs. (Doc. #64). The Court, having found the settlement in the above-captioned action to be fair, reasonable, and adequate, and having reviewed the premises, the record, and applicable law, grants said motion.

Having considered the benefit conferred on the class, the risks to class counsel, the legal and factual issues of the case, the skill of the lawyers involved in the case, the time and labor involved with the case, the reaction of the class, and the attorneys' fee percentage of the settlement amount, Caligiuri v. Symantec Corporation, 855 F.3d 860, 866 (8th Cir. 2017), the Court finds that attorneys' fees amounting to one-third of the Settlement Fund award are reasonable. Accordingly, it is hereby ORDERED as follows:

    1.    All of the capitalized terms used herein shall have the same meanings as set forth in the Class Action Settlement Agreement ("Settlement Agreement") dated February 17, 2021 and filed with the Court.

    2.    This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

1

3. Plaintiffs' Class Counsel are hereby awarded attorneys' fees of $1,349,865.00 and reimbursement of expenses in the sum of $34,117.55 (the "Attorneys' Fees and Expenses"), to be paid from the Settlement Fund. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded are fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.

4. Plaintiff Barbara Jane Freck is awarded $10,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of her contributions to this Action.

5. Plaintiff Gloria Robinson is awarded $10,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of her contributions to this Action.

6. Plaintiff Jaleeza Owens is awarded $10,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of her contributions to this Action.

7. Plaintiff Lynn Muserelli is awarded $10,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of her contributions to this Action.

8. Plaintiff Paul Capello is awarded $10,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of his contributions to this Action.

9. Plaintiff Jim Helton is awarded $10,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of his contributions to this Action.

10. Plaintiff Joshua Clark is awarded $12,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of his contributions to this Action.

IT IS SO ORDERED.

Date: July 22, 2021

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT